# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES COFFEE and PAMELA COFFEE, | Case No.: 2:20-cv-01352-APG-DJA |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 10] |
| WYNDHAM VACTION RESORTS, INC., et al. | |
| Defendants | |

In light of the amended complaint (ECF No. 12)

I ORDER that defendant Wyndham Resort Development Corporation's motion to dismiss **(ECF No. 10) is DENIED as moot**.

DATED this 25th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE