
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

*Attorneys for Defendant Wyndham Resort Development Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES COFFEE, an individual, and PAMELA COFFEE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM RESORT DEVELOPMENT CORPORATION,<br><br>Defendant. | Case No.: 2:20-cv-01352-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT WYNDHAM RESORT DEVELOPMENT CORPORATION TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

  Defendant, Wyndham Resort Development Corporation ("WRDC"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiffs James Coffee and Pamela Coffee (collectively, "Plaintiffs"), by and through their counsel, Albright, Stoddard, Warnick & Albright, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline for WRDC to respond to the Amended Complaint (ECF No. 12), filed on August 24, 2020, to September 16, 2020, instead of the current deadline of September 8, 2020.  This is the first request to extend this particular deadline.

  Good cause exists to extend WRDC's deadline to respond to the Amended Complaint to September 16, 2020.  On August 10, 2020, WRDC filed a Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) in response to the Plaintiffs' Complaint.  (ECF No. 10).  Thereafter, on August 24, 2020, Plaintiffs filed an Amended Complaint that, among other things, added named Defendant Worldmark, The Club ("Worldmark") to this action.  (ECF No. 12.)  This Court entered

1

1  its Order denying as moot WRDC's Motion to Dismiss in light of the filing of the Amended
2  Complaint. (ECF No. 17.) Under Fed. R. Civ. P. 15(a)(3), WRDC's deadline to respond to the
3  Amended Complaint is September 8, 2020, which is 14 days after service of the Amended
4  Complaint. However, under Fed. R. of Civ. P. 12(a)(1)(A)(i), Worldmark's response deadline is
5  September 16, 2020, which is 21 days after being served with the Summons and Compliant. For
6  judicial economy, WRDC seeks to extend its response deadline to September 16, 2020, to
7  consolidate its response deadline with that of Worldmark's. Plaintiffs agree to the extension and
8  consolidation of the two response deadlines.
9       This request is made in good faith and is not intended to unreasonably delay this matter. In
10 particular, this case was only recently filed and the parties have no yet held their case conference
11 under Fed. R. Civ. P. 26(f).
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Based on the foregoing, the parties respectfully request that this Court extend WRDC's deadline to respond to the Amended Complaint to September 16, 2020.

| | |
|---|---|
| Dated this 27th day of August, 2020. | Dated this 27th day of August, 2020. |
| **ARMSTRONG TEASDALE LLP** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| By:/s/*Michelle D. Alarie*<br>    MICHELLE D. ALARIE, ESQ.<br>    Nevada Bar No. 11894<br>    3770 Howard Hughes Parkway, Suite 200<br>    Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant Wyndham Resort Development Corporation* | By:/s/*Jorge L. Alvarez*<br>    G. MARK ALBRIGHT, ESQ.<br>    Nevada Bar No. 001394<br>    JORGE L. ALVAREZ, ESQ.<br>    Nevada Bar No. 014466<br>    801 South Rancho Drive, Suite D-4<br>    Las Vegas, Nevada 89106<br><br>    JOE JOHN ANDREW SOLSENG, ESQ.<br>    SCHROETER GOLDMARK & BENDER<br>    Nevada Bar No. 11717<br>    810 Third Avenue, Suite 500<br>    Seattle, Washington  98104<br><br>*Attorneys for Plaintiffs James Coffee and Pamela Coffee* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: August 31, 2020

3

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5 (b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT WYNDHAM RESORT DEVELOPMENT CORPORATION TO RESPOND TO AMENDED COMPLAINT  (First Request) was served:

☒ via electronic service to the address(es) shown below:

gma@albrightstoddard.com
jalvarez@albrightstoddard.com
solseng@sgb-law.com

Date: August 27, 2020                    /s/Sheila A. Darling
                                         An employee of Armstrong Teasdale LLP

4