G. MARK ALBRIGHT, ESQ. (#001394)
JORGE L. ALVAREZ, ESQ. (#014466)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel:  (702) 384-7111
Fax:  (702) 384-0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com

JOE JOHN ANDREW SOLSENG, ESQ. (NBN 11717)
**SCHROETER GOLDMARK & BENDER**
810 Third Avenue, Suite 500
Seattle, Washington  98104
Tel:  206-622-8000
Fax:  206-682-2305
solseng@sgb-law.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES COFFEE, an Individual, and PAMELA COFFEE, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM RESORT DEVELOPMENT CORP., WORLDMARK, THE CLUB, a California Corporation, and DOES 1 THROUGH 40, INCLUSIVE,<br><br>Defendants | CASE NO.:   2:20-CV-1352-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>[FIRST REQUEST] |

Plaintiffs, James Coffee and Pamela Coffee ("Plaintiffs"), by and through their counsel, Albright, Stoddard, Warnick & Albright, and Defendants, Wyndham Resort Development Corporation ("WRDC") and Worldmark, The Club ("Worldmark") (collectively hereinafter "Defendants"), by and through their counsel, Armstrong Teasdale LLP, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline for Plaintiffs to respond to the Defendants' Motion to Dismiss the Amended Complaint (ECF No. 23), filed on September 16,

2020, by two weeks to October 14, 2020, instead of the current deadline of September 30, 2020. This is the first request to extend this particular deadline.

Good cause exists to extend Plaintiffs' deadline to respond to the Defendants' Motion to Dismiss the Amended Complaint to October 14, 2020. Pursuant to Local Rule IA 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to Defendants' above-mentioned Motion to Dismiss. Counsel for Plaintiff will also be unavailable for personal reasons during the first week of October, 2020. Counsel for Defendants agrees with the extension. This request is made in good faith and is not intended to unreasonably delay this matter.

DATED this 30th day of September, 2020.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

 */s/ Jorge L. Alvarez, Esq.*
G. MARK ALBRIGHT, ESQ., #1394
JORGE L. ALVAREZ, ESQ., #14466
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Tel:  702.384.7111
Fax:  702.384.0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com
*Attorneys for Plaintiffs*

DATED this 30th day of September, 2020.

**ARMSTRONG TEASDALE LLP**

 */s/ Michelle D. Alarie, Esq.*
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED, this 1st day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

# Andrea Brebbia

| | |
|---|---|
| **From:** | Jorge Alvarez |
| **Sent:** | Wednesday, September 30, 2020 2:30 PM |
| **To:** | Andrea Brebbia |
| **Subject:** | FW: Coffee v. Wyndham [IWOV-IDOCS.FID3890328] |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please file. Thanks.

**From:** Michelle D. Alarie <MAlarie@atllp.com>
**Sent:** Wednesday, September 30, 2020 2:26 PM
**To:** Jorge Alvarez <jalvarez@albrightstoddard.com>
**Subject:** RE: Coffee v. Wyndham [IWOV-IDOCS.FID3890328]

Jorge,

You have my consent to affix my electronic signature for filing.

Thank you,



Armstrong Teasdale LLP
Michelle D. Alarie | Associate
DIRECT: 702.415.2946 | FAX: 702.977.7483 | MAIN OFFICE: 702.678.5070

COVID-19 RESOURCE CENTER

*** Please note my new email address, malarie@atllp.com ***

**********************PRIVATE AND CONFIDENTIAL**********************
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.

**From:** Jorge Alvarez [mailto:jalvarez@albrightstoddard.com]
**Sent:** Wednesday, September 30, 2020 12:22 PM
**To:** Michelle D. Alarie
**Subject:** FW: Coffee v. Wyndham

1



Hi Michelle,

Please ignore the previous SAO. Here is an updated version. Let me know if we may affix your e-signature.

Thanks,

Jorge L. Alvarez, Esq.
Albright, Stoddard, Warnick & Albright
801 So. Rancho Dr., Suite D-4
Las Vegas, NV 89106
Phone (702) 384-7111
Fax     (702)-384-0605
jalvarez@albrightstoddard.com

**From:** Andrea Brebbia <abrebbia@albrightstoddard.com>
**Sent:** Wednesday, September 30, 2020 12:17 PM
**To:** Jorge Alvarez <jalvarez@albrightstoddard.com>
**Subject:** Coffee v. Wyndham


Respectfully,

Andrea Brebbia, Paralegal
*Albright, Stoddard, Warnick & Albright*
801 South Rancho Dr., Ste D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
abrebbia@albrightstoddard.com